IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10CR00045-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRANDON M. SPENCER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on July 25, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Bret Jordan.

The violation report was referred to Magistrate Judge Kenneth S. McHargh who issued a Report and Recommendation on June 30, 2016 [Doc. 33]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

      1) illicit drug use.

The Court found the violations to be Grade C and that defendant was a Criminal History Category VI. The Court, upon consideration of statements made by counsel and the supervising officer, continued the defendant's supervised release with the following additional conditions: 1) the defendant shall successfully complete Cognitive Behavior Therapy; and 2) defendant shall successfully complete a residential drug treatment program 1-2 weeks in duration and/or

placement at Oriana House subject to defendant's ability to maintain current employment and at the discretion of the Probation Officer.

The Court admonished the defendant to comply with all conditions of supervised release and directed the U.S. Probation Office to inform the Court of any further noncompliance.

**IT IS SO ORDERED.**


Dated: July 25, 2016                                   *s/     James S. Gwin*
                                                                      JAMES S. GWIN
                                                                      UNITED STATES DISTRICT JUDGE